UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER FILLMORE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION H-18-1050 |
| | § | |
| NAN YA PLASTICS CORPORATION, U.S.A., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the memorandum opinion and ordered issued this date, defendant Nan Ya Plastics Corporation, U.S.A.'s ("Nan Ya") motion for summary judgment is GRANTED. Plaintiff Jennifer Fillmore's claims against Nan Ya are DISMISSED WITH PREJUDICE. Judgment is ENTERED in favor of Nan Ya.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on September 17, 2019.

_____
Gray H. Miller
Senior United States District Judge